**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.D.O.T., | Case No. 1:25-cv-01956-JLT-SAB (HC) |
| Petitioner, | ORDER WITHDRAWING THE REFERENCE OF THE MATTER TO THE MAGISTRATE JUDGE, GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |
| | (Doc. 1) |

On December 21, 2025, Petitioner filed a petition for writ of habeas corpus and motion for temporary restraining order ("TRO"). (Docs. 1, 2.) On December 22, 2025, the Court denied the motion for TRO, converted the motion to a motion for preliminary injunction, and referred the motion to the assigned magistrate judge. (Doc. 7.) On February 5, 2026, the Court granted a preliminary injunction and ordered Petitioner's immediate release. (Doc. 15.)

The Court referred the matter to the assigned magistrate judge for consideration of the merits of the petition. (Doc. 15 at 2.) However, given Respondents' notice "that it will not file further briefing on the merits of the pending Habeas Petition and submits the case on the current record," (Doc. 16), the undersigned hereby withdraws that reference in the interest of justice and to promote judicial and party efficiency.

For the reasons set forth in the Court's order granting preliminary injunction, (Doc. 15), the Court HEREBY ORDERS that:

1. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.

2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 20, 2026**

UNITED STATES DISTRICT JUDGE